FOE AERIE 3958 HUBER HEIGHTS, APPELLEE, v. OHIO
LIQUOR CONTROL COMMISSION, APPELLANT.

[Cite as *FOE Aerie 3958 Huber Hts. v. Ohio Liquor
Control Comm.* (1998), 82 Ohio St.3d 262.]

(No. 98–213—Submitted June 10, 1998—Decided July 1, 1998.)

*Fawley & Associates, Darrell E. Fawley, Jr.* and *Kurt O. Gearhiser,* for appellee.

*Betty D. Montgomery,* Attorney General, and *David A. Raber,* Assistant Attorney General, for appellant.

The judgment of the court of appeals is reversed on the authority of *AL Post 763 v. Ohio Liquor Control Comm.* (1998), 82 Ohio St.3d 108, 694 N.E.2d 905.

MOYER, C.J., PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.